

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00253-CV

| | | |
|---|---|---|
| Patriot Residential Management Services, LLC | § | From County Court at Law No. 2 |
| | § | of Tarrant County (2011-001946-2-C) |
| v. | | |
| | § | May 30, 2013 |
| Wells Fargo Bank, N.A., Carlos Lazo d/b/a Maxwell Finish Co. | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston